# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CIVIL ACTION NO. 2:17-CV-442-JRG<br>LEAD CASE<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |
| v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | CIVIL ACTION NO. 2:17-CV-441-JRG<br>CONSOLIDATED CASE |

## SAMSUNG'S NOTICE OF DISCLOSURE

Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") hereby provide notice that on October 11, 2017, Samsung's Initial Disclosures and Additional Disclosures pursuant to paragraphs 1 and 3 of the Proposed Discovery Order (Dkt. No. 72-1) were served via electronic mail on the Plaintiff's counsel.

Dated: October 11, 2017                                    Respectfully submitted,

                                                 By:  */s/W. Peter Guarnieri*
                                                     Ruffin B. Cordell
                                                     TX Bar No. 04820550
                                                     cordell@fr.com
                                                     Michael J. McKeon
                                                     D.C. Bar No. 459780
                                                     mckeon@fr.com
                                                     Indranil Mukerji
                                                     MA Bar 644059
                                                     mukerji@fr.com
                                                     Stephen A. Marshall
                                                     D.C. Bar No. 1012870
                                                     smarshall@fr.com
                                                     W. Peter Guarnieri
                                                     D.C. Bar No. 1010950
                                                     guarnieri@fr.com
                                                     FISH & RICHARDSON P.C.
                                                     The McPherson Building
                                                     901 15th Street NW, Suite 700
                                                     Washington, DC 20005
                                                     Telephone: (202) 783-5070
                                                     Facsimile: (202) 783-2331

                                                     Leonard E. Davis
                                                     TX Bar No. 05521600
                                                     ldavis@fr.com
                                                     FISH & RICHARDSON P.C.
                                                     1717 Main Street, Suite 5000
                                                     Dallas, TX 75201
                                                     Telephone: (214) 747-5070
                                                     Facsimile: (214) 747-2091

                                                     Noah C. Graubart
                                                     Georgia Bar No. 141862
                                                     graubart@fr.com
                                                     FISH & RICHARDSON P.C.
                                                     1180 Peachtree St. NE, Fl. 21
                                                     Atlanta, GA 30309
                                                     Telephone: (404) 892-5005
                                                     Facsimile: (404) 892-5002

                                                     **COUNSEL FOR SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 11, 2017 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ W. Peter Guarnieri*
W. Peter Guarnieri