# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>           Defendant. | CIVIL ACTION NO. 2:17-CV-442-JRG<br>LEAD CASE<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |
| v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>           Defendants. | CIVIL ACTION NO. 2:17-CV-441-JRG<br>CONSOLIDATED CASE |

**SEVEN NETWORKS' [PROPOSED] RULE 30(b)(6) DEPOSITION NOTICE
TO GOOGLE RELATING TO VENUE**

PLEASE TAKE NOTICE that Plaintiff Seven Networks, LLC by and through its attorneys of record, and pursuant to Federal Rules of Civil Procedure 30(b)(6) will take the oral deposition of Defendant Google LLC on [date] at [location] beginning at 9:00 am or at another mutually agreeable time and place as agreed upon by the parties. Pursuant to Rule 30(b)(6), Defendant is directed to designate one or more officers, directors, managing agents, or other persons to testify on its behalf and on behalf of its affiliated companies concerning the topics set out in Exhibit A, attached hereto. The deposition will be recorded by stenographic means. The deposition will be conducted before an officer authorized by law to administer oaths and will

continue from day-to-day (weekends and legal holidays excluded) until completed, or according to a schedule mutually agreed upon by the parties.

Dated: October 11, 2017

Respectfully submitted,

/s/
**Bruce S. Sostek**
  State Bar No. 18855700
  Bruce.Sostek@tklaw.com
**Max Ciccarelli**
  State Bar No. 00787242
  Max.Ciccarelli@tklaw.com
**Richard L. Wynne Jr.**
  State Bar No. 24003214
  Richard.Wynne@tklaw.com
**Adrienne E. Dominguez**
  State Bar No. 00793630
  Adrienne.Dominguez@tklaw.com
**Vishal Patel**
  State Bar No. 24065885
  Vishal.Patel@tklaw.com
**Nadia Haghighatian**
  State Bar No. 24087652
  Nadia.Haghighatian@tklaw.com
**Austin Teng**
  State Bar No. 24093247
  Austin.Teng@tklaw.com
**Matt Cornelia**
  State Bar No. 24097534
  Matt.Cornelia@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC.

**Samuel F. Baxter**
  Texas State Bar No. 01938000
  sbaxter@mckoolsmith.com

MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**Theodore Stevenson, III**
  Texas State Bar No. 19196650
  tstevenson@mckoolsmith.com
**Eric S. Hansen**
  Texas State Bar No. 24062763
  ehansen@mckoolsmith.com

MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC.

**EXHIBIT A**

1. Google's physical property owned, leased, rented, used, or otherwise possessed or controlled by Google located within the Eastern District of Texas, including but not limited to stores, warehouses, facilities or other space, inventory, equipment, servers, and other infrastructure relating to goods or services provided by Google, since December 13, 2011.

2. Google's decision to place its Edge nodes in the Eastern District of Texas.

3. Google's agreements relating to physical property owned, leased, rented, used, or otherwise possessed or controlled by Google and located within the Eastern District of Texas since December 13, 2011.

4. Google's employees who have (a) worked in, (b) resided in, or (c) supported or worked on Google's physical equipment or software located in, the Eastern District of Texas since December 13, 2011.

5. Locations within the Eastern District of Texas where Google employees have conducted any amount of work since December 13, 2011.

6. The conditions of employment for Google's employees who have (a) worked in, (b) resided in, or (c) supported or worked on Google's physical equipment or software located in, the Eastern District of Texas since December 13, 2011.

7. Google's marketing, advertising, promotional materials, web pages, or directory listings identifying Google's presence within the Eastern District of Texas since December 13, 2011.

8. The nature, type, and amount of information present on each piece of Google equipment located within the Eastern District of Texas.

9. The nature, type, and amount of information sent from each piece of Google equipment located within the Eastern District of Texas to other computers located in the Eastern District of Texas.

10. The relationships between Google and companies located in the Eastern District of Texas, including but not limited to the nature and quantity of the services and data provided by Google, how Google provides such services and data, the employees involved in providing such services and data, and how such services and data are used in the Eastern District of Texas.