IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:17-CV-00442-JRG |

### VENUE DISCOVERY ORDER

After a review of the pleaded claims and defenses in this action, in furtherance of the management of the Court's docket under Federal Rule of Civil Procedure 16, and after receiving the input of the parties to this action, it is **ORDERED AS FOLLOWS**:

**CONSISTENT WITH THE REQUIREMENTS SET FORTH IN THE CONCURRENTLY ISSUED DISCOVERY ORDER**, the Parties shall, as a part of the Discovery in this case also engage in Venue Discovery. This Discovery is not supplemental to or in addition to the Discovery in this case, but is a part of the normal Discovery in this case. All Venue Discovery must be completed within two (2) months of the issuance of this Order. This accelerated period of time is intended to accord with the front-loaded nature of the venue inquiry.

Anticipating the development of further facts relating to venue, the Court finds it to be in the interest of justice that

    1) The following Motions are **DENIED WITHOUT PREJUDICE:**

        a. Google LLC's Motion to Dismiss or Transfer (Dkt. No. 49);

    b. Google LLC's Motion to Transfer (Dkt. No. 61);

    c. Samsung's Motion to Transfer (2:17-cv-441, Dkt. No. 34);

2) The Following Motions are **DENIED AS MOOT:**

    a. SEVEN Network's Contingent Motion for Leave to Conduct Expedited Venue Discovery (Dkt. No. 77);

    b. Google LLc's Motion to Stay Proceedings Pending Resolution of Motions to Dismiss and Transfer (Dkt. No. 99);

3) The Parties are **ORDERED** that all motions for dismissal or transfer relating to venue shall be filed within fourteen days of the close of Venue Discovery.

**So Ordered this**
Dec 21, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE