IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SEVEN NETWORKS, LLC,**  Plaintiff,  v.  **GOOGLE LLC,**  Defendant. | Civil Action No. 2:17-cv-00442-JRG  LEAD CASE  FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER |
| **SEVEN NETWORKS, LLC,**  Plaintiff,  v.  **SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**  Defendants. | Civil Action No. 2:17-CV-441-JRG  CONSOLIDATED CASE |

**DECLARATION OF MILES D. FREEMAN IN SUPPORT OF DEFENDANT GOOGLE LLC'S RENEWED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Miles D. Freeman, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the document produced by Plaintiff SEVEN Networks, LLC ("SEVEN") bearing the Bates number SEVENLIT0140222.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the February 21, 2018 Deposition of Ross Bott.

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

4.  Attached hereto as Exhibit 3 is a true and correct copy of a March 13, 2018 Letter from Max Ciccarelli, counsel for SEVEN, to Sean Pak, counsel for Google.

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the February 22, 2018 Deposition of Keyvan Shahrdar.

6.  Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff SEVEN Networks, LLC's P.R. 3-1 & 3-2 Disclosures to Google.

7.  Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff SEVEN Networks, LLC's Initial Disclosures.

8.  Attached hereto as Exhibit 7 is a true and correct copy of a February 13, 2018 Email from Vishal Patel, counsel for SEVEN, to myself, counsel for Google.

9.  Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff SEVEN Networks, LLC's Notice of Rule 30(b)(6) Deposition of Google LLC on Venue-Related Topics.

10. Attached hereto as Exhibit 9 is a true and correct copy of a February 20, 2018 Email from Lance Yang, counsel for Google, to Matt Cornelia, counsel for SEVEN.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Supplemental Initial Disclosures of Defendant Google LLC, served on March 1, 2018.

12. Attached hereto as Exhibit 11 is a true and correct copy of Defendant Google LLC's Subpoenas to NVIDIA Corporation, dated February 9, 2018.

13. Attached hereto as Exhibit 12 is a true and correct copy of Defendant Google LLC's Subpoenas to VASCO Data Security International, Inc., dated December 22, 2017.

14. Attached hereto as Exhibit 13 is a true and correct copy of a February 23, 2018 Email from Vishal Patel, counsel for SEVEN, to counsel for Google and counsel for Samsung.

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

15. Attached hereto as Exhibit 14 is a true and correct copy of a February 23, 2018 Email from Matt Cornelia, counsel for SEVEN, to myself, counsel for Google.

16. Attached hereto as Exhibit 15 is a true and correct copy of the webpage http://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile1231.2017.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 13, 2018 in Los Angeles, California.

       */s/ Miles D. Freeman*
              Miles D. Freeman