# EXHIBIT 7

# Miles Freeman

| | |
|---|---|
| **From:** | Patel, Vishal <Vishal.Patel@tklaw.com> |
| **Sent:** | Tuesday, February 13, 2018 2:09 PM |
| **To:** | Miles Freeman; SEVEN Networks – Service; 7-NetworksService@McKoolSmith.com |
| **Cc:** | QE-Google-SEVEN; ServiceSamsung-SEVEN@fr.com; mikejones.potterminton.com |
| **Subject:** | RE: SEVEN Networks v. Google: Inventors Allan Hu & Wei Li |
| | |
| **Categories:** | SEVEN v. Google |

Miles,

Both inventors are still with SEVEN.

Thank you,

Vishal

---

**From:** Miles Freeman [mailto:milesfreeman@quinnemanuel.com]
**Sent:** Wednesday, February 07, 2018 12:44 PM
**To:** SEVEN Networks – Service; 7-NetworksService@McKoolSmith.com
**Cc:** qegoogleseven@quinnemanuel.com; ServiceSamsung-SEVEN@fr.com; mikejones.potterminton.com
**Subject:** SEVEN Networks v. Google: Inventors Allan Hu & Wei Li

Max,

The LinkedIn profiles for inventors Allan Hu and Wei Li indicate that they are still employees of SEVEN and reside in China.  SEVEN's initial disclosures indicate that they should only be contacted through SEVEN's counsel.  Please confirm whether these employees are employed by SEVEN or any entity related to SEVEN.  Also, please advise whether SEVEN has control over these individuals, including their documents, and can produce them for a deposition upon service of a Rule 30(b)(1) Notice.  If SEVEN's position is that these individuals are not employed by SEVEN or any entity related to SEVEN, or that SEVEN does not have control over these individuals, please explain the basis for that position.

Best,
Miles

**Miles Freeman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3655 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
milesfreeman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.