# EXHIBIT 13

# Miles Freeman

| | |
|---|---|
| **From:** | Patel, Vishal <Vishal.Patel@tklaw.com> |
| **Sent:** | Friday, February 23, 2018 9:02 AM |
| **To:** | QE-Google-SEVEN; ServiceSamsung-SEVEN@fr.com |
| **Cc:** | 7-NetworksService@McKoolSmith.com; SEVEN Networks – Service |
| **Subject:** | RE: SEVEN Networks, LLC v. Samsung 2:17-cv-441: 2018-02-14 Samsung Notice of Subpoenas to Nirantar |
| | |
| **Categories:** | SEVEN v. Google |

Counsel,

Mr. Nirantar is available for deposition on Monday, March 5 or Monday, March 12. He is located in San Jose, so an office in that area would be most convenient for the witness. If you wish to go forward on March 5, please confirm by February 27th so that we can make the necessary arrangements. Please note that the witness has limited availability after these dates due to pre-existing commitments.

Thank you,

Vishal

> **From:** Ashley Cox [mailto:alee@fr.com]
> **Sent:** Wednesday, February 14, 2018 3:11 PM
> **To:** qegoogleseven@quinnemanuel.com; 7-NetworksService@McKoolSmith.com; SEVEN Networks – Service
> **Cc:** ServiceSamsung-SEVEN@fr.com
> **Subject:** SEVEN Networks, LLC v. Samsung 2:17-cv-441: 2018-02-14 Samsung Notice of Subpoenas to Nirantar
>
>
> Correction:
>
> Counsel,
>
> Please find attached for service Samsung's Subpoenas to Abhay Nirantar.
>
> If there are any issues opening this file, please let me know.
>
>
> Ashley Cox :: Legal Secretary :: Fish & Richardson P.C.
> Assistant to Indranil Mukerji, Joseph Colaianni,
> Steve Marshall, Wesley Samples, and Andrew Huh
> The McPherson Building
> 901 15th Street NW :: 7th Floor :: Washington, DC 20005
> 202 626 7744 direct :: 202-783-5070 main :: alee@fr.com
> fr.com

1

******************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
******************************************************************************************************