# EXHIBIT 14

# Miles Freeman

| | |
|---|---|
| **From:** | Cornelia, Matt <Matt.Cornelia@tklaw.com> |
| **Sent:** | Friday, February 23, 2018 1:02 PM |
| **To:** | Miles Freeman; Patel, Vishal; QE-Google-SEVEN; ServiceSamsung-SEVEN@fr.com; mikejones.potterminton.com |
| **Cc:** | SEVEN Networks – Service; 7-NetworksService@McKoolSmith.com |
| **Subject:** | RE: Seven v. Google/Samsung - subpoena to T. Fiatal |
| | |
| **Categories:** | SEVEN v. Google |

Miles –

Mr. Fiatal is available for deposition on March 8. To make travel more convenient for Mr. Fiatal, can we use Quinn's Redwood Shores office?

If you'd like to go forward on March 8, please confirm by February 28 so we can make the necessary arrangements.

Thanks,

**Matthew Cornelia | Thompson & Knight LLP**
Associate

1722 Routh Street, Suite 1500, Dallas, TX 75201
214.969.2583 (direct) | matt.cornelia@tklaw.com

*This message may be confidential and attorney-client privileged.  If received in error, please do not read.  Instead, reply to me that you have received it in error and delete the message.*

---

**From:** Miles Freeman [mailto:milesfreeman@quinnemanuel.com]
**Sent:** Sunday, February 18, 2018 7:47 PM
**To:** Patel, Vishal; qegoogleseven@quinnemanuel.com; ServiceSamsung-SEVEN@fr.com; mikejones.potterminton.com
**Cc:** SEVEN Networks – Service; 7-NetworksService@McKoolSmith.com
**Subject:** RE: Seven v. Google/Samsung - subpoena to T. Fiatal

Vishal,

Google does not oppose a two-week extension for Mr. Fiatal's production of documents and deposition.  Please provide a possible date for Mr. Fiatal's deposition as soon as possible so we can coordinate scheduling.

Best,
Miles

**Miles Freeman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3655 Direct

1

213-443-3000 Main Office Number
213-443-3100 Fax
milesfreeman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Patel, Vishal [mailto:Vishal.Patel@tklaw.com]
**Sent:** Friday, February 16, 2018 8:39 AM
**To:** QE-Google-SEVEN <qegoogleseven@quinnemanuel.com>; ServiceSamsung-SEVEN@fr.com; mikejones.potterminton.com <mikejones@potterminton.com>
**Cc:** SEVEN Networks – Service <SEVENNetworksService@tklaw.com>; 7-NetworksService@McKoolSmith.com
**Subject:** Seven v. Google/Samsung - subpoena to T. Fiatal

Counsel,

Mr. Fiatal has been travelling all week. Is Google or Samsung opposed to a 2-week extension for Mr. Fiatal to respond to their subpoena? I believe that the subpoena had requested documents today.

Thank you,

**Vishal Patel | Thompson & Knight LLP**
Partner

1722 Routh Street, Suite 1500, Dallas, Texas  75201
214.969.1224 (direct) | 214.880.3224 (fax) | vishal.patel@tklaw.com
vCard|www.tklaw.com

THIS MESSAGE MAY BE PROTECTED BY THE ATTORNEY-CLIENT, WORK PRODUCT, AND COMMONALITY OF INTEREST PRIVILEGES. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE SEND A REPLY MESSAGE TO SENDER SO THAT ANY ERROR IN TRANSMISSION MAY BE CORRECTED AND DELETE THE E-MAIL IMMEDIATELY. THANK YOU FOR YOUR COOPERATION.