# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 2:17-cv-00442-JRG <br><br> **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF PATRICK C. CLUTTER IN SUPPORT OF GOOGLE LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE TO NORTHERN DISTRICT OF CALIFORNIA