**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SEVEN NETWORKS, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:17-CV-442-JRG |
| | LEAD CASE |
| v. | |
| | PATENT CASE |
| GOOGLE LLC, | |
| | JURY TRIAL DEMANDED |
| Defendant. | |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD., | CIVIL ACTION NO. 2:17-CV-441-JRG CONSOLIDATED CASE |
| Defendants. | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff SEVEN Networks, LLC and Defendants Google, LLC and Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd., hereby jointly move to amend the Court's Docket Control Order with respect to one facet of one date—namely, the filing of expert declarations supporting each party's proposed claim constructions in the P.R. 4-3 Joint Claim Construction Statement.

Regarding expert witnesses, P.R. 4-3 requires that each party provide "the identity of such witness" and "a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert." P.R. 4-3(d). The parties are continuing to meet-and-confer regarding the set of terms that will actually be briefed as part of the claim construction process, and intend to meet the current deadline for the filing of the P.R. 4-3 Joint Claim Construction Statement (May 15, 2018) in all respects apart from the filing of the expert declarations supporting each

party's respective proposed constructions.  For that one facet of the P.R. 4-3 statement, the parties have agreed to and hereby jointly request an extension of three (3) days, from May 15 to May 18, 2018, in which to submit the expert declarations supporting their proposed claim constructions.

This request does not impact any other deadlines in the Court's current Docket Control Order.  An Amended Docket Control Order reflecting this single change to the schedule is submitted herewith.

Dated: May 14, 2018

Respectfully submitted,

*/s/ Max Ciccarelli*

**Bruce S. Sostek**
  State Bar No. 18855700
  Bruce.Sostek@tklaw.com
**Max Ciccarelli**
  State Bar No. 00787242
  Max.Ciccarelli@tklaw.com
**Richard L. Wynne, Jr.**
  State Bar No. 24003214
  Richard.Wynne@tklaw.com
**Vishal Patel**
  State Bar No. 24065885
  Vishal.Patel@tklaw.com
**Nadia Haghighatian**
  State Bar No. 24087652
  Nadia.Haghighatian@tklaw.com
**Austin Teng**
  State Bar No. 24093247
  Austin.Teng@tklaw.com
**Matt Cornelia**
  State Bar No. 24097534
  Matt.Cornelia@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Samuel F. Baxter**
  Texas State Bar No. 01938000
  sbaxter@mckoolsmith.com

MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**Theodore Stevenson, III**
  Texas State Bar No. 19196650
  tstevenson@mckoolsmith.com
**Eric S. Hansen**
  Texas State Bar No. 24062763
  ehansen@mckoolsmith.com

**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS LLC**

Dated: May 14, 2018

Respectfully submitted,

/s/ W. Peter Guarnieri
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Indranil Mukerji
MA Bar No. 644059
mukerji@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
W. Peter Guarnieri
DC Bar No. 1010950
guarnieri@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th Street, NW, Suite 700
Washington, DC  20005
Tel:  202-783-5070
Fax:  202-783-2331

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
Tel:  214-747-5070
Fax:  214-747-2091

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel:  (903) 934-8450
Fax:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

**COUNSEL FOR SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.**

Dated: May 14, 2018

Respectfully submitted,

*/s/ Sean Pak*

Sean S. Pak
seanpak@quinnemanuel.com
Brian E. Mack
brianmack@quinnemanuel.com
Jonathan Tse
jonathantse@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Tel:  415-875-6600
Fax:  415-875-6700

Patrick D. Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel:  212-849-7000
Fax:  212-849-7100

Lance Yang
lanceyang@quinnemanuel.com
Miles D. Freeman
milesfreeman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON LLP
110 N. College Avenue, Suite 500
Tyler, TX  75702
Tel:  903-597-8311
Fax:  903-593-0846

**ATTORNEYS FOR GOOGLE LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 14, 2018.

*/s/ Miles D. Freeman*

Miles D. Freeman
