# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SEVEN NETWORKS, LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**GOOGLE LLC,**<br><br>    **Defendant.** | Civil Action No. 2:17-cv-00442-JRG<br><br>**LEAD CASE** |

## DEFENDANT GOOGLE LLC'S NOTICE OF ELECTION REGARDING CLAIM CONSTRUCTION DISPUTES

Pursuant to the Court's Memorandum Opinion and Order (Dkt. 234), Defendant Google LLC ("Google") respectfully submits this notice to advise the Court of its election of options provided by the Court in its Memorandum Opinion and Order. (Dkt. 234 at 8.) Google has always been, and continues to be, mindful of the Court's authority in establishing procedures for claim construction. Google appreciates the perspective of the Court, which was never Google's intent, and apologizes.

Pursuant to Option (2), Google hereby elects to withdraw its Responsive Claim Construction Brief (Dkt. 208) and refile such briefing in accordance with the Court's orders.

Dated: July 22, 2018

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Charles K. Verhoeven*

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Sean S. Pak
seanpak@quinnemanuel.com

Brian E. Mack
brianmack@quinnemanuel.com
Jonathan Tse
jonathantse@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Patrick D. Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

Lance Yang
lanceyang@quinnemanuel.com
Miles D. Freeman
milesfreeman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON LLP
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Google LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 22, 2018.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven
