# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 2:17-CV-00442-JRG |
| § | LEAD CASE |
| v. § | |
| § | |
| GOOGLE LLC, § | |
| § | |
| *Defendant*. § | |

## ORDER UNSEALING DENIAL OF MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

The Court issued its Order denying Google LLC's Second Renewed Motion to Dismiss or, in the Alternative, Transfer under 28 U.S.C. § 1406 for Improper Venue, (Dkt. No. 125), on July 19, 2018. (Dkt. No. 235). In that Order, the Court ordered that "this ruling will remain PROVISIONALLY SEALED until the Parties file joint proposed redactions, with specific explanations for the necessity of such redactions, within seven (7) days of this order, after which a redacted version will be entered by the Court." (Dkt. No. 235 at 42–43) (emphasis removed).

The provisionally sealed order was served by the Clerk of the Court on the Parties by email on July 20, 2018. *See* Ex. A. Seven days having elapsed from both the entry of the Court's Order and service of the same by the Clerk of the Court, the Court finds that no proposed redactions have been filed on the docket. Accordingly, the Court hereby **ORDERS** the Memorandum Opinion and Order entered at Dkt. No. 235 **UNSEALED**.

**So Ordered this**

**Jul 28, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

 **Sealed Order Entered in Case SEVEN Networks LLC vs Google LLC , 2:17CV442**

**Kecia Clendening**   to:  seanpak, jtruelove, cordell, mikejones           07/20/2018 08:38 AM

From: Kecia Clendening/TXED/05/USCOURTS
To: seanpak@quinnemanuel.com, jtruelove@mckoolsmith.com, cordell@fr.com, mikejones@potterminton.com

Good morning Counsel,

Please see the attached sealed order that was entered in consolidated case 2:17CV442 SEVEN Networks, LLC vs Google LLC.

Thank you,

📄 217cv442.pdf



**Kecia Clendening**
Deputy in Charge
United States District Court
Eastern District of Texas
100 East Houston Street
Marshall, Texas 75670
(903)923-7461