# EXHIBIT 2

# Michael Yoo

| | |
|---|---|
| **From:** | Cohen, Justin S. <Justin.Cohen@tklaw.com> |
| **Sent:** | Friday, July 27, 2018 11:15 AM |
| **To:** | Lance Yang |
| **Cc:** | Charles K Verhoeven; Felipe Corredor; SEVEN Networks – Service; QE-Google-SEVEN; mikejones.potterminton.com; Sam Baxter; Jonathan Tse |
| **Subject:** | Re: Seven v. Google -- Source Code Production Deficiencies |

Thank you Lance.

Sent from my mobile phone.

On Jul 27, 2018, at 1:07 PM, Lance Yang <lanceyang@quinnemanuel.com> wrote:

> Justin,
>
> We are able to accommodate the request and are coordinating with Dr. Babb to add the source code to the computer.  Note that our production of the code is not an admission regarding the relevance of the code.
>
> Best,
> Lance
>
> **From:** Cohen, Justin S. [mailto:Justin.Cohen@tklaw.com]
> **Sent:** Thursday, July 26, 2018 8:52 PM
> **To:** Lance Yang <lanceyang@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>
> **Cc:** Felipe Corredor <felipecorredor@quinnemanuel.com>; SEVEN Networks – Service <SEVENNetworksService@tklaw.com>; QE-Google-SEVEN <qegoogleseven@quinnemanuel.com>; mikejones.potterminton.com <mikejones@potterminton.com>; Sam Baxter <sbaxter@McKoolSmith.com>; Jonathan Tse <jonathantse@quinnemanuel.com>
> **Subject:** RE: Seven v. Google -- Source Code Production Deficiencies
>
> Counsel – I write today to request that an additional missing subdirectory of source code be produced, preferably tomorrow. This subdirectory is necessary for our review and understanding of the accused Google Play functionalities. Please produce the missing files from



> Given that our expert, Dr. Babb, is reviewing the code tomorrow, we hope Google will be able to load this directory tomorrow. My understanding is this is a single subdirectory that should not be complicated to add to the review computer.
>
> Regards,
>
> ~Justin