**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SEVEN NETWORKS, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:17-CV-00442-JRG |
| v. | § § | |
| GOOGLE LLC, | § § § | |
| Defendant. | § § | |

## ORDER MEMORIALIZING AUGUST 7, 2018 HEARING

The Court held a HEARING on August 7, 2018, (Dkt. No. 272 (Minute Entry)), and CONSIDERED: Google LLC's ("Google") Motion for Leave to Supplement Invalidity Contentions to Add Seven Networks Consumer Edition Prior Art System (Dkt No. 219); SEVEN Networks, LLC's ("SEVEN") Motion to Compel Samsung to Produce Relevant Licenses and Agreements (Dkt. No. 215); SEVEN's Motion to Compel Google to Produce Source Code (Dkt. No. 256); and, the Court's prior Order to Show Cause (Dkt. No. 234). This Order summarizes and memorializes the Court's rulings at that hearing:

1. Google's Motion for Leave to Supplement Invalidity Contentions to Add Seven Networks Consumer Edition Prior Art System (Dkt No. 219) is **DENIED**.

2. SEVEN's Motion to Compel Samsung to Produce Relevant Licenses and Agreements (Dkt. No. 215) is **DENIED**.

3. SEVEN's Motion to Compel Google to Produce Source Code was represented to the Court by the Parties as resolved.  Accordingly, the Motion (Dkt. No. 256) is **DENIED AS MOOT**.

4. For the purposes and in the manner expressed, the Court **CARRIED** disposition of the imposition of sanctions based upon the conduct identified by the Court in its prior Order (Dkt. No. 234).

**So ORDERED and SIGNED this 9th day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE