IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | § <br> § <br> § CIVIL ACTION NO.  2:17-CV-00442-JRG <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER

Before the Court is SEVEN Networks, LLC's ("SEVEN") Motion to Redact Third-Party Information (Dkt. No. 260).  In the Motion, SEVEN notes its appreciation for the Court's provisional sealing of the Memorandum Opinion and Order issued July 19, 2018, and notes that "due to a clerical error, counsel for SEVEN was unaware of the ruling and the deadline to propose redactions until July 28 when the Court ordered the ruling unsealed." (*Id*. at 1).  SEVEN reports that the ruling included information that Suddenlink and CableOne consider confidential and which they desire that this Court redact. (*Id*. at 2).  SEVEN also reports that "Google notified SEVEN of its intention to file a motion to redact certain information from the ruling (including the third-party information at issue)." (*Id*. at 1).

The Court is not inclined to grant this request.  The allegedly confidential information has been in the public for several weeks now.  Additionally, because SEVEN indicated that Google also considers such third-party information to be confidential, the Court postponed ruling on this matter until Google had filed a companion motion.  However, Google has not done so even though

the Court delayed over two weeks awaiting such a motion.  Apparently, Google does not join SEVEN in seeking the requested relief.

Perhaps SEVEN misunderstood Google or Google has changed its mind or perhaps some other motive is afoot—the Court does not know.  The Court does know that such information has now been in the public domain for a time and to an extent that redactions would now be of no real effect.

Accordingly, the Court **DENIES** the Motion.  (Dkt. No. 260).

**So ORDERED and SIGNED this 21st day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE