**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SEVEN NETWORKS, LLC,**<br><br>　　**Plaintiff,**<br><br>　v.<br><br>**GOOGLE LLC,**<br><br>　　**Defendant.** | Civil Action No. 2:17-cv-00442-JRG<br><br>**LEAD CASE** |
| **SEVEN NETWORKS, LLC,**<br><br>　　**Plaintiff,**<br><br>　v.<br><br>**SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>　　**Defendants.** | Civil Action No. 2:17-CV-441-JRG<br><br>**CONSOLIDATED CASE** |

**JOINT MOTION FOR LEAVE TO TAKE CERTAIN DEPOSITIONS
AFTER FACT DISCOVERY DEADLINE**

Plaintiff SEVEN Networks, LLC ("SEVEN") and Defendants Google LLC ("Google") and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully move for leave for the parties to take the depositions of certain witnesses after the August 31, 2018 fact discovery deadline. The parties are working diligently to complete all of the necessary depositions of fact witnesses in this case, but have determined that it will be necessary for the depositions of certain party and third-party witnesses to be conducted after the August 31 discovery deadline due to scheduling conflicts for the witnesses and for counsel.

These depositions are as follows:

**Third-party Witnesses**

- Noah Kravitz (to be deposed September 7, 2018)

- Donna Maisel (to be deposed September 6, 2018)

**Party Witnesses**

- Ross Bott (to be deposed September 5, 2018)

This request is not for the purpose of delay and will not impact any other deadlines in the case schedule. SEVEN, Google and Samsung agree to the relief requested herein.

Dated: August 24, 2018

Respectfully submitted,

*/s/ Vishal Patel, with permission by Michael E. Jones*

**Bruce S. Sostek**
  State Bar No. 18855700
  Bruce.Sostek@tklaw.com
**Max Ciccarelli**
  State Bar No. 00787242
  Max.Ciccarelli@tklaw.com
**Herbert J. Hammond**
  State Bar No. 08858500
  Herbert.Hammond@tklaw.com
**Richard L. Wynne Jr.**
  State Bar No. 24003214
  Richard.Wynne@tklaw.com
**Adrienne E. Dominguez**
  State Bar No. 00793630
  Adrienne.Dominguez@tklaw.com
**Vishal Patel**
  State Bar No. 24065885
  Vishal.Patel@tklaw.com
**Nadia E. Haghighatian**
  State Bar No. 24087652
  Nadia.Haghighatian@tklaw.com
**Austin Teng**
  State Bar No. 24093247
  Austin.Teng@tklaw.com
**Matthew Cornelia**
  State Bar No. 24097534

**Samuel F. Baxter**
  Texas State Bar No. 01938000
  sbaxter@mckoolsmith.com
McKool Smith, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**Theodore Stevenson, III**
  Texas State Bar No. 19196650
  tstevenson@mckoolsmith.com
**Eric S. Hansen**
  Texas State Bar No. 24062763
  ehansen@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC.

Matt.Cornelia@tklaw.com
**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC.**

| | |
|---|---|
| Dated: August 24, 2018 | Respectfully submitted,<br><br>*/s/ Charles K. Verhoeven, with permission by Michael E. Jones*<br>Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Sean S. Pak<br>seanpak@quinnemanuel.com<br>Brian E. Mack<br>brianmack@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700<br><br>Patrick D. Curran<br>patrickcurran@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>POTTER MINTON LLP<br>110 N. College Avenue, Suite 500<br>Tyler, TX 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>*Attorneys for Google LLC* |

By: */s/ Noah C. Graubart, with permission by Michael E. Jones*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Indranil Mukerji
D.C. Bar No. 974398
mukerji@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
W. Peter Guarnieri
D.C. Bar No. 1010950
guarnieri@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Noah C. Graubart
Georgia Bar No. 141862
graubart@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

**COUNSEL FOR SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 24, 2018.

                                        */s/ Michael E. Jones*
                                        Michael E. Jones