NOTE: This order is non precedential.

# United States Court of Appeals for the Federal Circuit

**In re: GOOGLE LLC,**
*Petitioner*

2018-152

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:17-cv-00442-JRG, Judge J. Rodney Gilstrap.

**ON PETITION AND MOTION**

PER CURIAM.

**O R D E R**

Google LLC submits a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to dismiss or transfer the case pursuant to 28 U.S.C. § 1406(a). Intel Corporation moves for an extension of time, until September 10, 2018, to file a motion for leave to file an amicus brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Intel's motion is granted. Intel's motion for leave to file an amicus brief and proposed brief are due no later than September 10, 2018.

(2) SEVEN Networks, LLC is directed to respond to the petition no later than September 14, 2018.

(3) Google's reply is due no later than September 20, 2018.

For the Court

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s19