**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SEVEN NETWORKS, LLC, | § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-442 **(LEAD)** |
| GOOGLE INC., | § | |
| v. | § § § | |
| SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD., | § § | CIVIL ACTION NO. 2:17-CV-441 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SEVEN NETWORKS, LLC, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-1495 |
| ZTE (USA), INC., et al | § | |

**MARKMAN HEARING
HELD BEFORE DISTRICT CHIEF JUDGE RODNEY GILSTRAP AND
CHIEF DISTRICT JUDGE BARBARA M.G. LYNN
September 12, 2018**

**OPEN:  1:00 p.m.**                                                            **ADJOURN:  5:10 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERKS: | Catherine Owens<br>Hao Jimmy Wu<br>Albert Suarez |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 1:01 p.m. | Court opened.  Counsel announced ready for hearing. |
| 1:06 p.m. | Judge Lynn addressed Plaintiff Seven and Defendant ZTE. |
| 1:09 p.m. | The Court heard claim construction argument on a claim by claim basis.  Mr. Wynne argued on behalf of Plaintiff.  Messrs. Verhoeven and McKeon argued on behalf of Defendants. |
| 3:00 p.m. | Recess. |
| 3:20 p.m. | Court reconvened.  The Court heard additional claim construction argument on a claim by claim basis.  Mr. Wynne and Mr. Patel argued on behalf of Plaintiff.  Messrs. McKeon, Verhoeven and Murkerji argued on behalf of Defendants. |
| 5:10 p.m. | The Court took the claim construction matters under submission.  Court adjourned. |