# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:17-CV-442-JRG<br>LEAD CASE<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |
| v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | CIVIL ACTION NO. 2:17-CV-441-JRG<br>CONSOLIDATED CASE |

## MOTION HEARING
## HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
### October 4, 2018

**OPEN:** 10:00 a.m.                                                             **ADJOURN:** 10:42 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Catherine Owens |
| COURT REPORTER: | Tammy Goolsby, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |
| TIME | MINUTES |
| 10:00 a.m. | Counsel announced ready for hearing. Messrs. Fountain, Bufe and Ms. Smith introduced co-counsel. |
| | The Court heard argument on Seven's Sealed Motion to Compel Google to Produce Outstanding Discovery (Dkt. No. 300). Mr. Ciccarelli spoke on Plaintiff. Mr. Graubart argued for Defendant. The Court carried the Motion at the request of the parties. Status report due within two weeks (October 18, 2018). |
| 10:07 a.m. | The Court heard argument on the Motion for Protective Order by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Dkt. No. 310). Mr. Graubart argued for Defendant. Mr. Ciccarelli argued for Plaintiff. The Court Ordered the parties to meet and confer re narrowing of issues. The Court took the matter under advisement. |
| 10:42 a.m. | Court adjourned. |