**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SEVEN NETWORKS, LLC,** § § § *Plaintiff,* § § v. § § **GOOGLE LLC, SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.** § § § § § § *Defendants.* § | **CIVIL ACTION NO. 2:17-CV-00442-JRG (LEAD CASE)** **CIVIL ACTION NO. 2:17-CV-00441-JRG (MEMBER CASE)** |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed David Keyzer as technical advisor in the above-captioned action, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 138.) The Court has received Mr. Keyzer's invoice for services through October 23, 2018, in the amount of $54,248.33, and hereby **ORDERS** payment to be promptly made to Mr. Keyzer within thirty (30) days of this Order as follows:

    Plaintiff:      $27,124.16

    Defendants:  $27,124.17

    TOTAL:       $54,248.33

Plaintiff and Defendants are further **ORDERED** to separately file a Notice with the Court indicating when each side's payment has been made.

**So ORDERED and SIGNED this 24th day of October, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE