IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC, § § | |
| *Plaintiff*, § § | CIVIL ACTION NO.  2:17-CV-00442-JRG |
| v. § § | |
| GOOGLE LLC, § § § | |
| *Defendant.* § | |

## ORDER

Before the Court is Defendant Google LLC's Motion to Redact Portions of the November 6, 2018 Hearing Transcript (the "Motion").  (Dkt. No. 547.)  On November 6, 2018, this Court held a hearing on Plaintiff SEVEN Network LLC's ("SEVEN") motion to compel.  (Dkt. No. 427.) Google states that "[d]uring the hearing, counsel for both parties discussed certain details regarding Google's collection of data from Android devices, such as the number of Android users who have consented to collection, the size of the collected information, and information regarding how the collected information is stored." (Dkt. No. 547 at 2.)  Google requests the Court redact those portions of the hearing transcript because the information is "confidential, [] subject to the Protective Order entered in this case, [and] if disclosed . . . could cause harm to Google and its users." (*Id.* at 2–3.)  SEVEN oppose the Motion because Google's counsel disclosed this information in open court and "[n]one of the statements provided any specific numbers, nor did they disclose any personal information." (Dkt. No. 561 at 1.)  SEVEN also argues that Google fails to specifically explain the adverse effects of disclosing this information.  (*Id.* at 5.)

Having considered the Motion and response thereto, the Court is of the opinion that it should be and hereby is **DENIED**.  Google did not move to seal the courtroom at any time during the November 6 hearing and as such, voluntarily disclosed in open the court the information it now seeks to redact.  *See Oyster Optics, LLC v. Alcatel-Lucent USA, Inc.*, No. 2:16-cv-1302, Slip Op. 2–3 (E.D. Tex. Nov. 16, 2018) (denying request to redact portions of order because information was presented in open court).

**So Ordered this**
**Dec 12, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE