**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SEVEN NETWORKS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GOOGLE LLC,**<br><br>    **Defendant.** | Civil Action No. 2:17-cv-00442-JRG<br><br>**LEAD CASE** |

### DEFENDANT GOOGLE LLC'S NOTICE OF INSTITUTION OF PETITIONS FOR INTER PARTES REVIEW

Defendant Google LLC ("Google") respectfully submits this notice to update the Court on the status of certain petitions for *Inter Partes* Review ("IPR") that were filed by Google at the U.S. Patent and Trademark Office.[1] Google's petitions for all four remaining patents-in-suit have now been instituted:

- U.S. Patent No. 9,247,019
    - IPR2018-01050 – Instituted on January 11, 2018;
- U.S. Patent No. 9,516,129
    - IPR2018-01047 – Instituted on December 3, 2018;
    - IPR2018-01048 – Instituted on December 3, 2018;
- U.S. Patent No. 9,516,127
    - IPR2018-01051 – Instituted on November 19, 2018;
    - IPR2018-01052 – Instituted on November 19, 2018;
- U.S. Patent No. 9,351,254

---

[1] Google previously provided notice of the filing of these Petitions on May 24, 2018. *See* Dkt. 176.

- IPR2018-01116 – Instituted on November 19, 2018;
- IPR2018-01117 – Instituted on November 19, 2018.

Google does not believe these institution decisions are relevant to any motion pending before the Court. Moreover, pursuant to the parties' agreement regarding SEVEN's Motion-in-Limine No. 10, neither party will be referencing these decisions before the jury absent first receiving leave of Court. *See* Dkt. 582 at 19:13-19. Nonetheless, in an abundance of caution and in advance of trial, Google provides this update for the Court's consideration.

Dated:   January 15, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Charles K. Verhoeven*

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Sean S. Pak
seanpak@quinnemanuel.com
Brian E. Mack
brianmack@quinnemanuel.com
Jonathan Tse
jonathantse@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Patrick D. Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

Lance Yang
lanceyang@quinnemanuel.com
Miles D. Freeman
milesfreeman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON LLP
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Google LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 15, 2019.

                                                  */s/ Charles K. Verhoeven*
                                                   Charles K. Verhoeven