# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CIVIL ACTION NO. 2:17-CV-442-JRG |

## STATUS CONFERENCE
## HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
### January 16, 2019

**OPEN: 3:14 p.m.**                       **ADJOURN: 3:49 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Hao Wu |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 3:14 p.m. | Counsel announced ready for the hearing. |
| | The Court held the hearing to discuss issues related to Plaintiff's survey expert witness (Dr. Stewart) and a substitute expert (Dr. Peterson). Messrs. Verhoeven, Baxter and Ciccarelli answered the Court's questions regarding Plaintiff's expert witness and substitution of the witness and communications regarding same. The Court gave the parties guidance for taking the deposition of the substitute witness and the procedure for use of the witness at trial. |
| 3:49 p.m. | Court adjourned. |