# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>          Defendant. | CIVIL ACTION NO. 2:17-CV-442-JRG<br><br>PATENT CASE |

## ORDER

Before the Court is Plaintiff SEVEN Networks, LLC ("SEVEN") and Defendant Google LLC's ("Google") Joint Motion to Stay All Deadlines (the "Motion"). (Dkt. No. 608.) SEVEN and Google represent that they have reached an agreement in principle that settles all matters in controversy between them in the above-captioned matter. Accordingly, the parties request that this Court stay the above-captioned case against Google to allow the agreement to be finalized, settlement obligations to be met, and a dismissal stipulation to be filed with the Court.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all pending deadlines in the above-captioned case are hereby **STAYED** for twenty (20) days in order to facilitate the settlement between the parties and during which time the parties shall file the appropriate dismissal papers with the Court.

**So Ordered this**
**Jan 20, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE