# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEVEN Networks, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Civil Action No. 2:17-cv-442-JRG <br> Lead Case <br><br> Patent Case <br><br> Jury Trial Demanded |

## SEVEN and Google's Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SEVEN Networks, LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

Dated: February 8, 2019

Respectfully submitted,

*/s/ Max Ciccarelli*
**Bruce S. Sostek**
   State Bar No. 18855700
   Bruce.Sostek@tklaw.com
**Max Ciccarelli**
   State Bar No. 00787242
   Max.Ciccarelli@tklaw.com
**Herbert J. Hammond**
   State Bar No. 08858500
   Herbert.Hammond@tklaw.com
**Richard L. Wynne Jr.**
   State Bar No. 24003214
   Richard.Wynne@tklaw.com
**J. Michael Heinlen**
   State Bar No. 24032287
   Michael.Heinlen@tklaw.com
**Adrienne E. Dominguez**
   State Bar No. 00793630
   Adrienne.Dominguez@tklaw.com
**Justin Cohen**
   State Bar No. 24078356
   Justin.Cohen@tklaw.com
**Vishal Patel**
   State Bar No. 24065885
   Vishal.Patel@tklaw.com
**Nadia E. Haghighatian**
   State Bar No. 24087652
   Nadia.Haghighatian@tklaw.com
**Austin Teng**
   State Bar No. 24093247
   Austin.Teng@tklaw.com
**Natalie M. Cooley**
   State Bar No. 24079912
   Natalie.Cooley@tklaw.com
**Matthew Cornelia**
   State Bar No. 24097534
   Matt.Cornelia@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Samuel F. Baxter**
   Texas State Bar No. 01938000
   sbaxter@mckoolsmith.com

**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**Theodore Stevenson, III**
   Texas State Bar No. 19196650
   tstevenson@mckoolsmith.com
**Eric S. Hansen**
   Texas State Bar No. 24062763
   ehansen@mckoolsmith.com

**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS LLC**

Dated: February 8, 2019         Respectfully submitted,

/s/ *Charles K. Verhoeven w/ permission*
Sean S. Pak
seanpak@quinnemanuel.com
Brian E. Mack
brianmack@quinnemanuel.com
Jonathan Tse
jonathantse@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Patrick D. Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

Lance Yang
lanceyang@quinnemanuel.com
Miles D. Freeman
milesfreeman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON LLP
110 N. College Avenue, Suite 500
Tyler, TX 75702
Tel: 903-597-8311
Fax: 903-593-0846

**ATTORNEYS FOR GOOGLE LLC**

**CERTIFICATE OF SERVICE**

I certify that on February 8, 2019, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notification of the filing to all counsel of record.

*/s/ Max Ciccarelli*
Max Ciccarelli

**CERTIFICATE OF SERVICE**

I certify that on February 8, 2019, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notification of the filing to all counsel of record.

*/s/ Max Ciccarelli*
Max Ciccarelli